# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUA KEITH HURT**                                                                                   **PLAINTIFF**

v.                                    Case No. 3:23-cv-00165-KGB

**STEVE FRANKS, Sheriff,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Joshua Keith Hurt's complaint and amended complaint are dismissed (Dkt. Nos. 2; 4). The relief sought is denied.

It is so adjudged this 6th day of September, 2024.

*[signature: Kristine G. Baker]*
_____
Kristine G. Baker
Chief United States District Judge